LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85706)
  James K. Lynch (Bar No. 178600)
  Timothy L. O'Mara (Bar No. 212731)
  Elissa J. Germaine (Bar No. 219195)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
ERNST & YOUNG LLP

*E-filed 7/5/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD GOEBEL,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ERNST & YOUNG LLP; THOMAS C. TRAUGER; OLIVER G. FLANAGAN; MICHAEL MULLEN; and DOES 1 through 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. C 05-00026 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Date:<br>Time:<br>Place:　Courtroom 3, 5th Floor<br>Judge:　Hon. Jeremy Fogel |

1    Defendant Ernst & Young LLP, Defendant Michael Mullen, Defendant Thomas
2  Trauger and Plaintiff Richard Goebel, through their respective counsel of record, subject to the
3  Court's approval, hereby STIPULATE AS FOLLOWS:
4    1.  WHEREAS Plaintiff Goebel filed a Motion to Remand, which is currently
5  under submission;
6    3.  WHEREAS a Case Management Conference is currently scheduled for
7  July 8, 2005;
8    4.  WHEREAS, the parties agree that, to avoid the possible waste of judicial
9  resources, the Case Management Conference should be continued to August 19, 2005, and the
10 deadlines relating to the Case Management Conference be deferred and correspond to the new
11 date for the Case Management Conference (i.e., the deadline for the Federal Rule of Civil
12 Procedure 26(f) conference will be July 29, 2005 and the deadline for the Case Management
13 Statement and Initial Disclosures will be August 12, 2005);
14    NOW, THEREFORE,
15    5.  The parties respectfully request that the Case Management Conference be
16 rescheduled for August 19, 2005.
17 ////

6. The parties also respectfully request that the deadlines relating to the Case Management Conference be deferred and correspond to the new date for the Case Management Conference as provided in this stipulation.

IT IS SO STIPULATED.

Dated: June 22, 2005

Respectfully submitted,
LATHAM & WATKINS LLP

_____/S/_____
James K. Lynch

PETER A. WALD
JAMES K. LYNCH
ELISSA J. GERMAINE
505 Montgomery Street, Suite 1900
San Francisco, CA 94111-2562
Tel: (415) 391-0600
Fax: (415) 395-8095
Attorneys for Defendants Ernst & Young LLP

Dated: June 22, 2005

HIGHMAN, HIGHMAN & BALL

_____
Lawrence Ball

LAWRENCE BALL
BRUCE J. HIGHMAN
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563
Fax: (415) 982-5202
Attorneys for Plaintiff Richard Goebel

Dated: June 22, 2005

ROGERS JOSEPH O'DONNELL & PHILLIPS

_____
Thomas D. Blanford

PATRICIA A. MEAGHER
THOMAS D. BLANFORD
311 California Street
San Francisco, CA 94104
Telephone: (415) 956-2828
Fax: (415) 956-6457
Attorneys for Defendant Michael Mullen

6. The parties also respectfully request that the deadlines relating to the Case Management Conference be deferred and correspond to the new date for the Case Management Conference as provided in this stipulation.

IT IS SO STIPULATED.

Dated: June 22, 2005

Respectfully submitted,
LATHAM & WATKINS LLP

/S/
James K. Lynch

PETER A. WALD
JAMES K. LYNCH
ELISSA J. GERMAINE
505 Montgomery Street, Suite 1900
San Francisco, CA 94111-2562
Tel: (415) 391-0600
Fax: (415) 395-8095
Attorneys for Defendants Ernst & Young LLP

Dated: June 22, 2005

HIGHMAN, HIGHMAN & BALL

Lawrence Ball

LAWRENCE BALL
BRUCE J. HIGHMAN
870 Market Street, Suite 467
San Francisco, CA 94102
Telephone: (415) 982-5563
Fax: (415) 982-5202
Attorneys for Plaintiff Richard Goebel

Dated: June 22, 2005

ROGERS JOSEPH O'DONNELL & PHILLIPS

Thomas D. Blanford

PATRICIA A. MEAGHER
THOMAS D. BLANFORD
311 California Street
San Francisco, CA 94104
Telephone: (415) 956-2828
Fax: (415) 956-6457
Attorneys for Defendant Michael Mullen

1      6.     The parties also respectfully request that the deadlines relating to the Case
2 Management Conference be deferred and correspond to the new date for the Case Management
3 Conference as provided in this stipulation.
4       IT IS SO STIPULATED.

5
           Respectfully submitted,
6 Dated: June 22, 2005      LATHAM & WATKINS LLP

7
          _____/S/_____
8              James K. Lynch

9
           PETER A. WALD
10           JAMES K. LYNCH
           ELISSA J. GERMAINE
11           505 Montgomery Street, Suite 1900
           San Francisco, CA 94111-2562
12           Tel: (415) 391-0600
           Fax: (415) 395-8095
13           Attorneys for Defendants Ernst & Young LLP

14
Dated: June 22, 2005      HIGHMAN, HIGHMAN & BALL
15

16
             Lawrence Ball
17

           LAWRENCE BALL
18           BRUCE J. HIGHMAN
           870 Market Street, Suite 467
19           San Francisco, CA 94102
           Telephone: (415) 982-5563
20           Fax: (415) 982-5202
           Attorneys for Plaintiff Richard Goebel
21

22 Dated: June 22, 2005      ROGERS JOSEPH O'DONNELL & PHILLIPS

23
            _Thomas D. Blanford_
24           Thomas D. Blanford

25           PATRICIA A. MEAGHER
           THOMAS D. BLANFORD
26           311 California Street
           San Francisco, CA 94104
27           Telephone: (415) 956-2828
           Fax: (415) 956-6457
28           Attorneys for Defendant Michael Mullen

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SAN FRANCISCO

               3                STIPULATION AND [PROPOSED] ORDER
                                                                CASE NUMBER: C-05-00026-JF

Dated: June 22, 2005                    SWANSON & McNAMARA LLP

_____
Alexis Haller

EDWARD W. SWANSON
ALEXIS HALLER
300 Montgomery Street, Suite 1100
San Francisco, CA 94104
Telephone: (415) 477-3800
Fax:       (415) 477-9010
Attorneys for Defendant Thomas Trauger

## ORDER

Pursuant to the above stipulation of the parties, and good cause appearing, IT IS SO ORDERED that the Case Management Conference shall be rescheduled for August 19, 2005.

Dated 7/5/05

/s/electronic signature authorized
_____
The Honorable Jeremy Fogel
United States District Court Judge

SF\519547.1